**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMAD HASAN BILAL,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD BLANCHE, Acting Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>                              Respondents. | Case No.:  26cv2819 DMS (SBC)<br><br>**ORDER GRANTING PETITION** |

On May 4, 2026, Petitioner filed a Petition for Writ of Habeas Corpus asserting (1) his re-detention violated his due process rights and the applicable regulations, and (2) his detention violated *Zadvydas v. Davis*, 533 U.S. 678 (2001) and 8 U.S.C. § 1231.  In their response to the Petition, Respondents state "[undersigned counsel is unable to ascertain sufficient facts at this time to establish that there is a significant likelihood of removal in the reasonably foreseeable future." (Resp. at 1.)  Accordingly, the Court grants the Petition

and orders Respondents to release Petitioner forthwith.  *See Souvannaseng v. Noem*, No. 3:25-cv-3473-CAB-DEB, 2025 WL 3641180, at *2 (S.D. Cal. Dec. 16, 2025) (granting petition and ordering petitioner's release).  In accordance with this Order, the parties are ordered to file a Joint Status Report on or before **May 19, 2026**, confirming Petitioner has been released.

      **IT IS SO ORDERED.**

Dated:  May 12, 2026

                                    Hon. Dana M. Sabraw
United States District Judge